KEVIN G. McCURDY (SBN 115083)
GEORGE F. SALAMY (SBN 209536)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### DIVISION OF SAN FRANCISCO

| | |
|---|---|
| S & L PAYTON, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEXINGTON INSURANCE COMPANY, and DOES 1 THROUGH 10 <br><br> Defendants. | CASE NO.: C 06-04743 MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

The undersigned counsel for plaintiff S & L Payton, Inc. ("Payton") and defendant Lexington Insurance Company ("Lexington") hereby stipulate that Payton's complaint for breach of insurance contract, breach of duty of good faith and fair dealing and declaratory relief against Lexington shall be dismissed with prejudice with each party to bear its own fees and costs.

DATED: July 23, 2007                     McCURDY & FULLER LLP

By: *George F. Salamy*
GEORGE F. SALAMY
KEVIN G. McCURDY
Attorneys for Defendant
LEXINGTON INSURANACE COMPANY

23669

- 1 -

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

DATED: July 12, 2007

LAST & FAORO

By: _____
WILLIAM C. LAST, JR.
FREDERICK J. NORTHROP
Attorneys for Plaintiff
S & L PAYTON, INC.

**IT IS SO ORDERED**

DATED: 7/31/2007

_____
JUDGE OF THE UNITED STATES DISTRICT COURT